UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| Southern Operators Health Fund, | ) | Civil Action No: 3:10-0334 |
|---|---|---|
| Plaintiff | ) | |
| | ) | *Judge Echols* |
| v. | ) | *Magistrate Judge Griffin* |
| | ) | |
| Farah Construction Co. and Gary L. Farah, | ) | |
| | ) | |
| Defendants | ) | |

### ENTRY OF DEFAULT

Pending are Plaintiff's Requests for Entry of Default Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (FRCP) against Defendants (Docket Entries 9&10). A review of the record reveals that Defendants were served on April 13, 2010, and that since being served Defendants have failed to answer within the time period allowed by law. Entry of Default against Defendants is therefore appropriate.

Accordingly, for the reasons stated above, the Clerk hereby enters default pursuant to FRCP 55(a) against Defendants Farah Construction Co. and Gary L. Farah. This is an entry of default only. No default judgment will be granted except upon further motion pursuant to FRCP 55(b).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court