IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN OPERATORS HEALTH FUND ) | |
| ) | No. 3-10-0334 |
| v. ) | |
| FARAH CONSTRUCTION CO.; and ) GARY L. FARAH ) | |

O R D E R

By order entered April 19, 2010 (Docket Entry No. 5), the initial case management conference was rescheduled to May 26, 2010, at which time no appearance was made on behalf of the defendants. On June 25, 2010, the Clerk entered default against the defendants (Docket Entry No. 14), for their failure to file a response to complaint after having been served on April 13, 2010. See Docket Entry Nos. 7-8.

On July 6, 2010, counsel for the plaintiff advised the Court that he intended to file a motion seeking an order directing the defendants to show cause why they should not be held in contempt for failing to comply with the order entered March 12, 2007 (Docket Entry No. 23), in the case of Southern Operators Health Fund v. Farah Construction Co., 3-06-0031.

However, before filing such a motion, the plaintiff requested that the initial case management conference be rescheduled another time to allow the defendants a final opportunity to resolve this case prior to the filing of a motion for the defendants to show cause.

Therefore, a case management conference is again scheduled on **Tuesday, July 20, 2010, at 11:00 a.m., central time,** in Courtroom 764, 800 U.S. Courthouse, 801 Broadway, Nashville, TN.

The Clerk is directed to mail a copy of this order to the defendants at 6073 Masters Blvd., Orlando, FL 32819, by certified mail and by regular, first class mail.[1]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The Court notes that orders mailed to the defendants by certified mail have been returned as "unclaimed; unable to forward." See Docket Entry Nos. 11 and 14. However, the orders mailed by regular, first class mail have not been returned. Nevertheless, if the plaintiff is aware of any other address for the defendants, plaintiff's counsel shall serve a copy of this order upon the defendants at any such address.