IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SOUTHERN OPERATORS HEALTH )
FUND ) No. 3-10-0334
 )
v. )
 )
FARAH CONSTRUCTION CO.; and )
GARY L. FARAH )

O R D E R

On July 20, 2010, the plaintiff filed a motion for "the Court to enter an Agreed Order as a final judgment" (Docket Entry No. 17), with the proposed agreed order attached (Docket Entry No. 17-1).

As a result, the case management conference, scheduled by order entered July 7, 2010 (Docket Entry No. 15), on July 20, 2010, is CANCELLED.

The Clerk is directed to forward the file in this case to the Honorable Robert L. Echols for his consideration of the plaintiff's motion and proposed order of agreed judgment.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge