UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN OPERATORS HEALTH FUND, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:10-0334 |
| | ) |
| v. | ) *Judge Echols* |
| | ) *Magistrate Judge Griffin* |
| FARAH CONSTRUCTION CO. and | ) |
| GARY L. FARAH, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER

It appearing to the satisfaction of the Court, as evidenced by signatures of the parties, that the parties are in agreement judgment can enter in favor of Plaintiff and against Defendant, accordingly Southern Operators Health Fund shall recover from Farah Construction Co. and Gary L. Farah the amount of $7,454.51, representing amounts owed for work through January 2010, late fees, interest, and legal fees and expenses.

IT IS SO ORDERED.

ROBERT L. ECHOLS
United States District Judge

APPROVED FOR ENTRY:

_____
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel.: (615) 254-8801


_____
Gary L. Farah
Farah Construction Co.
6073 Masters Blvd.
Orlando, FL 32819
Tel.: (407) 832-9813